# Schedule 1

3rd Floor, Tamagawa Building, 1-20,
Yotsuya, Shinjuku-ku
Tokyo, Japan 160-0004
TOKYO FLEX LAW OFFICE
Nakajima Hiroyuki, Attorney-at-Law
TEL ＋８１－３―３３５３―３５２１
MAIL abuse.flex.law.group@gmail.com
Attorney for Shueisha Inc.

January 6, 2025

**Via Email**
Cloudflare, Inc.
Legal Department
101 Townsend St
San Francisco, CA 94107
Phone: 6503198930
Email: abuse@cloudflare.com

      **RE:**    **_NOTIFICATION OF COPYRIGHT INFRINGEMENT_**
              **(Pursuant to 17 U.S.C. § 512)**

To whom it may concern:

      I represent Shueisha Inc., a Japanese corporation (hereinafter called "Shueisha "), the representative of the author of the copyrighted works identified under the column entitled "Original Work" in Exhibit A attached to this notice ("Exhibit A").

      It has recently come to Shueisha 's attention that certain users of your services have unlawfully published and posted certain contents on the website located at
https://spoilerplus.tv/, https://cdn1.mangarawspoiler.co/, https://jmanga.ac/, https://mgojp.mangadb.shop/, https://h1.klimv1.xyz/, https://asiahub.mangarawspoil.co/, https://klmanga.rs/ ,https://klmanga.now/, https://spoilerplus.blog/, https://lovejp-cdn.site/, https://mangaraw.best/, https://i.spoilerplus.asia/, https://mangaraw.ma/,https://asiahub.mangarawspoil.co/, https://rawmanga.net/, https://mangaraw.plus/, https://storage.mangaraw.plus/, https://mangakoma01.com/,https://storage.komacdn.top/,
more specifically identified under the column entitled "Infringing Work" in Exhibit A (referred to as the "Infringing Work"), corresponding to each of the Original Work identified in Exhibit A.

      Shueisha  has a good faith belief that the Infringing Work is not authorized by the copyright owner, its agent, or the law.

January 6, 2025

We demand that you immediately disable access to the Infringing Work and cease any use, reproduction, and distribution of the Original Work.  Specifically, we request that you remove or disable the Infringing Work from
https://spoilerplus.tv/, https://cdn1.mangarawspoiler.co/, https://jmanga.ac/, https://mgojp.mangadb.shop/, https://h1.klimv1.xyz/, https://asiahub.mangarawspoil.co/, https://klmanga.rs/ ,https://klmanga.now/, https://spoilerplus.blog/, https://lovejp-cdn.site/, https://mangaraw.best/, https://i.spoilerplus.asia/, https://mangaraw.ma/,https://asiahub.mangarawspoil.co/, https://rawmanga.net/, https://mangaraw.plus/, https://storage.mangaraw.plus/, https://mangakoma01.com/,https://storage.komacdn.top/,
or any of your system or services.

We also request a written assurance that you have fully complied with our request.

I declare that the information in this notice is accurate, and under penalty of perjury, that Shueisha  and I are authorized to act on behalf of the owner of the exclusive right of the Original Work that is infringed.

Your immediate response will be appreciated.

Very truly yours,

Hiroyuki Nakajima
Attorney at Law

Extibit A

| | Title of Original Work | Author of Original Work | Original Work | Infringing Work | Title of Infringing Work |
|---|---|---|---|---|---|
| 1 | ONE PIECE | 尾田 栄一郎(Eiichiro Oda) | https://www.shonenjump.com/j/rensai/onepiece.html | https://spoilerplus.tv/ワンピース-raw-free/第1133話/ | ONE PIECE |
| 2 | ONE PIECE | 尾田 栄一郎(Eiichiro Oda) | https://www.shonenjump.com/j/rensai/onepiece.html | https://cdn1.mangarawspoiler.co/public/original/2f353036373 42f313533343139362f39393831303731616436613434343132393536663262643630366266646431632e4a504547 7.JPEG | ONE PIECE |
| 3 | ONE PIECE | 尾田 栄一郎(Eiichiro Oda) | https://www.shonenjump.com/j/rensai/onepiece.html | https://jmanga.ac/read/ワンピース/ja/chapter-1133-raw/ | ONE PIECE |
| 4 | ONE PIECE | 尾田 栄一郎(Eiichiro Oda) | https://www.shonenjump.com/j/rensai/onepiece.html | https://mgojp.mangadb.shop/files/7863/905518/1.webp | ONE PIECE |
| 5 | ONE PIECE | 尾田 栄一郎(Eiichiro Oda) | https://www.shonenjump.com/j/rensai/onepiece.html | https://h1.klimv1.xyz/images3/20241209/ae4130b7714e8027 8f23c3aabe2d742c063.JPEG | ONE PIECE |
| 6 | ONE PIECE | 尾田 栄一郎(Eiichiro Oda) | https://www.shonenjump.com/j/rensai/onepiece.html | https://asiahub.mangarawspoil.co/public/page/2/405a5f5958 5b405e5a5c5b5e5659405656575e5f585e0e0b590e-5b5b5b5e5d565a590c095d0d0b595f590d0b0b5e0c41253f2a28.JPEG | ONE PIECE |
| 7 | ONE PIECE | 尾田 栄一郎(Eiichiro Oda) | https://www.shonenjump.com/j/rensai/onepiece.html | https://klmanga.rs/manga-raw/ワンピース-raw-free/chapter-1133/ | ONE PIECE |
| 8 | ONE PIECE | 尾田 栄一郎(Eiichiro Oda) | https://www.shonenjump.com/j/rensai/onepiece.html | https://klmanga.now/manga-raw/%E3%83%AF%E3%83%B3%E3%83%94%E3%83%BC%E3%82%B9-raw-free/chapter-1133/ | ONE PIECE |
| 9 | ONE PIECE | 尾田 栄一郎(Eiichiro Oda) | https://www.shonenjump.com/j/rensai/onepiece.html | https://spoilerplus.blog/manga/wanpisu/1133 | ONE PIECE |
| 10 | ONE PIECE | 尾田 栄一郎(Eiichiro Oda) | https://www.shonenjump.com/j/rensai/onepiece.html | https://lovejp-cdn.site/one-piece/chapter-1133-hd/1.jpg | ONE PIECE |
| 11 | ONE PIECE | 尾田 栄一郎(Eiichiro Oda) | https://www.shonenjump.com/j/rensai/onepiece.html | https://mangaraw.best/raw/wanpisu/di-1133hua | ONE PIECE |
| 12 | ONE PIECE | 尾田 栄一郎(Eiichiro Oda) | https://www.shonenjump.com/j/rensai/onepiece.html | https://i.spoilerplus.asia/e59872e4-0333-447e-ae15-589ce966106c/e85fa713-a9ed-4593-a52b-b0d54bfa49b9/1.jpg | ONE PIECE |
| 13 | ONE PIECE | 尾田 栄一郎(Eiichiro Oda) | https://www.shonenjump.com/j/rensai/onepiece.html | https://mangaraw.ma/manga/%E3%83%AF%E3%83%B3%E3%83%94%E3%83%BC%E3%82%B9-raw-free/%E7%AC%AC1133%E8%A9%B1/?t=eyJhbGciOiJIUzI1NiIsInR5cCI6IkpXVCJ9.eyJleHAiOjE3MzM4MDg3NTcsImkiOjF9.hPHLRqeCwzpGgWsZPOB794F0yajWc9F-BRdxl1Ag_Ek | ONE PIECE |
| 14 | ONE PIECE | 尾田 栄一郎(Eiichiro Oda) | https://www.shonenjump.com/j/rensai/onepiece.html | https://asiahub.mangarawspoil.co/public/page/2/405a5f5958 5b405e5a5c5b5e565940565b0c5e0a575f560c0b57-0a5b5b570a565d590a5d5d58565e5f0d58565f565c41253f2a28.JPEG | ONE PIECE |
| 15 | ONE PIECE | 尾田 栄一郎(Eiichiro Oda) | https://www.shonenjump.com/j/rensai/onepiece.html | https://rawmanga.net/manga/one-piece/chapter-1133 | ONE PIECE |
| 16 | ONE PIECE | 尾田 栄一郎(Eiichiro Oda) | https://www.shonenjump.com/j/rensai/onepiece.html | https://mangaraw.plus/read/wanpisu/di-1133hua | ONE PIECE |
| 17 | ONE PIECE | 尾田 栄一郎(Eiichiro Oda) | https://www.shonenjump.com/j/rensai/onepiece.html | https://storage.mangaraw.plus/151/1133/0.png | ONE PIECE |
| 18 | ONE PIECE | 尾田 栄一郎(Eiichiro Oda) | https://www.shonenjump.com/j/rensai/onepiece.html | https://mangakoma01.com/manga/wanpisua001/di1133hua | ONE PIECE |
| 19 | ONE PIECE | 尾田 栄一郎(Eiichiro Oda) | https://www.shonenjump.com/j/rensai/onepiece.html | https://storage.komacdn.top/2024/12/09/05-01-49-4038622197023306.webp | ONE PIECE |

EXHIBIT A